**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:20-cv-61702-AHS**

**KRISTEN POWELL**,
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

**RETAILMENOT, INC.**,
a Texas corporation,

      Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Kristen Powell, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed <u>without</u> prejudice.

Dated: September 24, 2020

      Respectfully submitted,

      **HIRALDO P.A.**

      <u>*/s/ Manuel S. Hiraldo*</u>
      Manuel S. Hiraldo
      Florida Bar No. 030380
      401 E. Las Olas Boulevard
      Suite 1400
      Ft. Lauderdale, Florida 33301
      Email: mhiraldo@hiraldolaw.com
      Telephone: 954.400.4713