UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-cv-61702-AHS

**KRISTEN POWELL**,
individually and on behalf of all
others similarly situated,

       Plaintiff,

v.

**RETAILMENOT, INC.**,
a Texas corporation,

       Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE[1]

Plaintiff Kristen Powell, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed with prejudice.

Dated: October 7, 2020

Respectfully submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

---

[1] This notice supersedes the prior dismissal without prejudice. Plaintiff hereby requests for dismissal of her case to be with prejudice.